# United States District Court
NORTHERN DISTRICT OF CALIFORNIA


E-filing

**JOSEPHINE A. TEJANO**

Plaintiff

v.

**PROVIDENCE PLACE, INC., PROVIDENCE CARE, INC., dba PROVIDENCE**

Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C08-02826 PJH

ADR

TO: (Name and address of defendant)

General Manager
PROVIDENCE PLACE, INC
12456 Geary Blvd
San Francisco, California, 94115

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael M. Herrick
1750 Montgomery Street, #1104
San Francisco, CA 94111

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  **JUN - 6 2008**

CYNTHIA LENAHAN
(BY) DEPUTY CLERK

290 All Other Real Property    445 Amer w/ disab - Empl  550 Civil Rights
446 Amer w/ disab - Other