Robert M. Pattison (State Bar No. 103528)
Janine R. Hudson (State Bar No. 206671)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
PROVIDENCE PLACE, INC.

Michael M. Herrick (State Bar No. 63666)
HERRICK LAW OFFICES
1750 Montgomery Street, #1104
San Francisco, California 94111
Telephone: (415)781-2804
Facsimile: (415) 781-8446

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE A. TEJANO,<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENCE PLACE, INC., PROVIDENCE CARE, INC. dba PROVIDENCE, DOES OE THROUGH FIVE,<br><br>Defendants. | Case No. C08-02826 PJH<br><br>**JOINT STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANT PROVIDENCE PLACE, INC. MAY RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: 06/06/08<br>Trial Date: None Set |

Pursuant to Civil Local Rule 6-1(a), the parties to this action, PLAINTIFF JOSEPHINE A. TEJANO ("Plaintiff"), and DEFENDANT PROVIDENCE PLACE, INC. ("Defendant"), by and through their respective counsel of record, stipulate as follows:

1. Plaintiff served her complaint on Defendant Providence Place on July 2, 2008.

2. Defendant's deadline to respond to the Complaint, as served, is July 22, 2008.

3. Defendant has requested, and Plaintiff has agreed to, an extension of time in which Defendant is to respond to Plaintiff's Complaint.

1
JOINT STIPULATION TO EXTEND TIME WITHIN WHICH
DEF. PROVIDENCE PLACE MAY RESPOND TO COMPLAINT                    Case No. C08-02826 PJH

1  4. Defendant must now, upon agreement and stipulation of the parties, respond to the
2  Complaint on or before August 13, 2008.
3  5. This new deadline for responding to Plaintiff's Complaint does not alter any dates
4  or events previously set by the Court's June 6, 2008 Order Setting Initial Case Management
5  Conference and ADR Deadlines.

Respectfully submitted,

Dated: July 22, 2008

JACKSON LEWIS LLP

By: _____
Robert M. Pattison
Janine R. Hudson
Attorneys for Defendant
PROVIDENCE PLACE, INC.

Dated: July 22, 2008

HERRICK LAW OFFICES

By: _____
Michael Herrick
Attorney for Plaintiff
JOSEPHINE A. TEJANO

07/22/2008 14:10 IFAX ecopy@jacksonlewis.com → Reception ☒003/003
07/22/2008 13:45 4157818445 HERRICK LAW OFFICES PAGE 03
07/22/2008 11:39 FAX 4153949401 ☒003/003

Case 3:08-cv-02826-PJH    Document 5    Filed 07/22/2008    Page 3 of 3

1  4.  Defendant must now, upon agreement and stipulation of the parties, respond to the
2  Complaint on or before August 13, 2008.
3  5.  This new deadline for responding to Plaintiff's Complaint does not alter any dates
4  or events previously set by the Court's June 6, 2008 Order Setting Initial Case Management
5  Conference and ADR Deadlines.

Respectfully submitted,

Dated: July 22, 2008        JACKSON LEWIS LLP

By: _____
    Robert M. Pattison
    Janine R. Hudson
    Attorneys for Defendant
    PROVIDENCE PLACE, INC.

Dated: July 22, 2008        HERRICK LAW OFFICES

By: _____
    Michael Herrick
    Attorney for Plaintiff
    JOSEPHINE A. TEJANO

2

JOINT STIPULATION TO EXTEND TIME WITHIN WHICH
DEF. PROVIDENCE PLACE MAY RESPOND TO COMPLAINT          Case No. C08-02826 PJH