# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Tejano,<br><br>　　　　　　Plaintiff(s),<br><br>　　v.<br><br>Providence Place Inc.,<br><br>　　　　　　Defendant(s). | 08-02826 PJH<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

    It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: August 28, 2008

                                RICHARD W. WIEKING
                                Clerk
                                by:    Lisa M. Salvetti

_/s/ Lisa M. Salvetti_
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
08-02826 PJH                                                     -2-

PROOF OF SERVICE

Case Name:      Tejano v. Providence Place Inc.

Case Number:    08-02826 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On August 28, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Michael M. Herrick
>   Attorney at Law
>   1750 Montgomery Street
>   Suite 1104
>   San Francisco, CA 94111-1063
>   joblaw@wagelaw.com
>
>   Janine R. Hudson
>   Jackson Lewis LLP
>   199 Fremont Street
>   10th Floor
>   San Francisco, CA 94105
>   hudsonj@jacksonlewis.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 28, 2008 in San Francisco, California.

                                          RICHARD W. WIEKING  
                                          Clerk  
                                          by:    Lisa M. Salvetti

*/s/ Lisa M. Salvetti*
ADR Administrative Assistant  
415-522-2032  
lisa_salvetti@cand.uscourts.gov