1  Michael M. Herrick (State Bar No. 63666)
   HERRICK LAW OFFICES
2  1750 Montgomery Street, #1104
   San Francisco, California 94111
3  Telephone: (415) 781-2804
   Facsimile: (415) 781-8446
4
   Attorneys for Plaintiff
5  JOSPEHINE TEJANO

6  Robert M. Pattison (State Bar No. 103528)
   Janine R. Hudson (State Bar No. 206671)
7  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
8  San Francisco, California 94105
   Telephone: (415) 394-9400
9  Facsimile: (415) 394-9401

10 Attorneys for Defendants
   PROVIDENCE PLACE, INC. and
11 PROVIDENCE CARE, INC.

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15 JOSEPHINE A. TEJANO, an individual,          Case No. CV-08-02826 PJH

16            Plaintiff,                        **STIPULATION FOR DISMISSAL
                                                WITH PREJUDICE [FRCP 41(a)(1)(ii)]**
17     vs.

18 PROVIDENCE PLACE, INC., PROVIDENCE          Complaint Filed: June 6, 2008
   CARE, INC., dba PROVIDENCE, DOES ONE
19 THROUGH FIVE,

20            Defendants.

21

22         Plaintiff JOSEPHINE A. TEJANO and Defendants PROVIDENCE PLACE, INC.

23 and PROVIDENCE CARE, INC., by their undersigned counsel, having entered into a

24 confidential settlement of this action, hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal

25 Rules of Civil Procedure that this action shall be and hereby is dismissed with prejudice, each

26 party to bear its own attorneys' fees and costs.

27 / / /

28 / / /

                                                1
STIPULATION FOR DISMISSAL
WITH PREJUDICE [FRCP 41(a)(1)(ii)]                              Case No. CV-08-02826 PJH

**SO STIPULATED:**

Dated: September 10, 2008         HERRICK LAW OFFICES

By _____
   Michael M. Herrick
   Attorneys for Plaintiff
   JOSEPHINE TEJANO

Dated: September 10, 2008         JACKSON LEWIS LLP

By _____
   Robert M. Pattison
   Janine R. Hudson
   Attorneys for Defendants
   PROVIDENCE PLACE, INC. and
   PROVIDENCE CARE, INC.

**IT IS SO ORDERED:**

Dated: 9/12/08

The Honorable _____
United _____

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton]*

2

STIPULATION FOR DISMISSAL
WITH PREJUDICE [FRCP 41(a)(1)(ii)]                Case No. CV-08-02826 PJH

| | | |
|---|---|---|
| 1 | **SO STIPULATED:** | |
| 2 | Dated: September 10, 2008 | HERRICK LAW OFFICES |
| 3 | | |
| 4 | | By_____ |
| 5 | | Michael M. Herrick<br>Attorneys for Plaintiff |
| 6 | | JOSEPHINE TEJANO |
| 7 | | |
| 8 | Dated: September 10, 2008 | JACKSON LEWIS LLP |
| 9 | | |
| 10 | | By _/s/ Janine R. Hudson_ |
| 11 | | Robert M. Pattison<br>Janine R. Hudson |
| 12 | | Attorneys for Defendants<br>PROVIDENCE PLACE, INC. and<br>PROVIDENCE CARE, INC. |
| 13 | **IT IS SO ORDERED:** | |
| 14 | Dated: | |
| 15 | | |
| 16 | | _____ |
| 17 | | The Honorable Phyllis J. Hamilton<br>United States District Court Judge |

2

STIPULATION FOR DISMISSAL
WITH PREJUDICE [FRCP 41(a)(1)(ii)]                    Case No. CV-08-02826 PJH